IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE D. WHITE,<br><br>      Plaintiff,<br><br>vs.<br><br>YOLANDA JOHNSON, GENEVA BONIFIELD and REBECCA ADAMS,<br><br>      Defendants. | Case No. 12-cv-623-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Yolanda Johnson, Geneva Bonifield, and Rebecca Adams, and against Plaintiff Donnie D. White,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:**    August 5, 2013           NANCY J. ROSENSTENGEL, Clerk of Court

                                                            By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**